# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Philip Johnson,<br><br>            Plaintiff,<br><br>v.<br><br>State Farm Insurance,<br><br>            Defendant. | Case No. 2:25-cv-00095-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff Philip Johnson's motion for leave to file documents electronically. (ECF No. 19). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 19).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 19) is **granted**. The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: May 30, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE