```
 1  ROBERT W. FREEMAN
    Nevada Bar No. 3062
 2  Robert.Freeman@lewisbrisbois.com
    FRANCIS A. ARENAS
 3  Nevada Bar No. 6557
    Francis.Arenas@lewisbrisbois.com
 4  LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
 5  Las Vegas, Nevada 89118
    Telephone: 702.893.3383
 6  Facsimile: 702.893.3789
    Attorneys for Defendant State Farm Fire &
 7  Casualty Company, erroneously sued as State
    Farm Insurance
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| PHILIP JOHNSON, Pro Se, | Case No.: 2:25-cv-00095-JAD-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| STATE FARM INSURANCE, | [ECF No. 21] |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiff PHILIP JOHNSON, Pro Se ("Plaintiff"); and Defendant STATE FARM FIRE & CASUALTY COMPANY, erroneously sued as STATE FARM INSURANCE ("Defendant"), by and through its respective

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

160194921.1

counsel of record, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 18 day of July, 2025

*/s/ Philip J.*
Philip Johnson
241 E. Kimberly Drive
Henderson, Nevada 89015-8007
*Plaintiff Pro Se*

Dated this 18th day of July, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis A. Arenas*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
State Farm Fire & Casualty Company,
erroneously sued as State Farm Insurance*

## ORDER

Based on the parties' stipulation [ECF No. 21] and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

Dated this 22nd day of July, 2025.

_____
DISTRICT COURT JUDGE

160194921.1                                              2